IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONALD W. TURNER, JR.                                               PLAINTIFF

v.                               No. 3:15-cv-73-DPM

WAL-MART                                                            DEFENDANT

## JUDGMENT

Turner's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 March 2015